ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEPHEN I. GOORVITCH (California Bar #199325)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2476
    Facsimile: (213) 894-6269
    Email: Stephen.Goorvitch@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-16-PA |
| Plaintiff, | LETTER FROM VICTIM |
| v. | |
| PAMELA TERRY, | Sentencing Hearing<br>Date: June 28, 2010<br>Time: 8:30 a.m. |
| Defendant. | |

    Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney Stephen I. Goorvitch, hereby files correspondence received today from P.

1  Kathleen O'Hara, a victim in the above-referenced case.

3  Dated:     June 25, 2010

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

*/s/ Stephen I. Goorvitch*
STEPHEN I. GOORVITCH
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**CASE # 2009R02776**
**UNITED STATES V. PAMELA TERRY**
COURT DOCKET #10CR00016

P. Kathleen O'Hara
President, O'Hara Associates

**DEAR HONORABLE JUDGE;**

**"YOU HAVE NOTHING TO FEAR, BUT FEAR IT'S SELF" - F.D. ROOSEVELT**

Unless you have been involved with Pamela Terry.

She told me that "Judges and police officers are on the take and the worst criminals are in the Federal Reserve System".

**"LET THEM EAT CAKE" - MARIE ANTOINETE**

While my nieces and newphews were hungry, and adults were in the hospital, and choas and a reign of destruction was happening directly and indirectly, to every person I cared about in my life, Pamela Terry was at Neiman Marcus shopping for Gucci bags. I lived with my mother (78), and after months of hearing about, and feeling my stress, while unable to help, she was checked into the hospital with an ulcer.

My stepmother(she watches 7 grandchildren) lost her house to foreclosure.

Bob Langley (600k invested) threatened me and my familly. My sister (a widow) had nightmares and hysterically banished me from her house. (She thought someone might harm or even kill her and her 3 children.)

**"GOD FINDS A WAY, WHERE THERE IS NO WAY"-PAMELA TERRY**

This was a direct response to my asking Pam Terry to help me and my clients get our documents and return our money or fund our loans. Every day for 8 months, On Christmas Eve, we waited by the mailbox for the postman to deliver our Docs. Every major holiday she built our confidence by assuring us that we were going to be funded. Every two days she texted or we received communication from Scott Cotham that it was definate that we were going to receive our funds.

<u>Every minute was like a rape- over and over, into the night, and starting over again in the early mornings.</u>

She didn't just take our money. She destroyed our hope and innocense and the planning of our future. Also, we were forced to spend everything we had saved (and borrowed) just to survive.

I can't begin to tell you how hurtful the waiting period was. It went on for months and months. It was torture every day reinforced by Scott Cotham who told all of us that he had over 100 of these loans funded. He justified his lack of 'proof by claiming 'confidentiality', which Pam reiterated and supported when they were on a 'team conference call'. The continous messages and telephone conversations helped us to believe Pam Terry and Scott Cotham.

Victim ID #
PIN
O'Hara

(#1)



### "THE CHARACTER OF A PERSON, SHOWS WHEN NO ONE IS LOOKING"

When told that "I had no clothes, no car, no money to pay my cell phone, storage bill, food, living expenses". Pamela bought more goodies from expensive West Hollywood stores. SHE partied and lived with my money while destroying my credibility and my reputation, She flourished in her Hollywood world, full of fantasy and greed beyond imagination.

Like the song "In a castle strong, like a movie star that gets burned in a three way script." Neil Diamond.

### "WHEN A BUTTERFLY FLAPS IT'S WINGS IN THE AMAZON, IT IS FELT AROUND THE WORLD" - UNKNOWN

Please understand the monies that Pam Terry stole, affected every aspect of my financial life. I am going for food stamps, entering a world that I do not understand. Since I have lost my reputation and credibility, my employees and clients have not been able to fund their projects. I have no unemployment benifits and am living out of empty houses. Tossed from palce to place. I am homeless.... After 25 years in the Bay area, I am living in Michigan where I arrived with 20.00 dollars and this was over 18 months ago.

I can personally name 60 people she has directly hurt, more than another 60 indirectly. Pamela and Scott have their names and Social Security numbers. Hopefully, some of them will tell their own stories.

### "THE PURPOSE IN LIFE IS TO HELP PEOPLE, AND IF YOU CAN NOT, AT LEAST DON'T HURT THEM." - DALAI LAMA

All of my clothes and car and photo albums, receipts for my business are gone....... I arrived in Michigan with a small bag, 2 pairs of jeans, 3 pairs of shoes and 1 light coat. This was August 3rd, 2008, 18 months ago.

Michigan has snow and rain and a hard, cold winter, the tempertures are 23 degrees, ...with the wind even colder. Last year 4 people I know ended up in the ditch or killed while driving. I had no boots or coat to speak of,.........I rode my bike to get into town (20 miles).

### "This is just wrong"..........-Kathleen O'Hara

My car, (Cadillac Allante, 75,000 miles and like new, cost 62,000 dollars) was considered abandoned by the Mill Valley, CA police, (no current regestration) and towed to Santa Rosa, (60 miles) where the cost to get it out of storage is $1,600.

I have not driven or owned a car in 21 months, I ride my bike over 20 miles a day. My drivers license is $570.00 dollars to keep it from being revolked for lack of payment in California. I had to borrow $3,000 dollars from my father to pay bills and storage and bounced-check fees to the bank. That was over 12 months ago. My credit is so bad that I can not even get a bank account, I owe money ($3,700 dollars) for my office in Sausalito where the Landlord took my furniture and office equipment and cleaned out my office. With the money I have borrowed and the fees for car, cell phone, office expense, living expense the total is at LEAST $26,000.

<u>I have not had an income of more than $17,500(borrowed) in nearly 21 months, this is below the Poverty Level.......</u>



Victim ID #
PIN



(#2)

The saddest part is the depression and feelings of hopelessness and the ability to trust or get a job.

Please Judge, do not let Pamela Terry recieve a light sentence, she will do it again and again. There is no rehabilitation for this woman. She knows how to work the System and manipulate people into trusting her. She is evil through and through.....

If you can sell her stolen propertie, I would appreciate being able to receive some compensation and I will at least be able to help the people who helped me, get a job and get off food stamps........

My mother's address in Michigan is ▮▮▮▮.....she will know how to find me.....

Victim ID # ▮▮▮▮
PIN ▮▮▮▮
O'HARA



#3